**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Vicki Mangum , Plaintiff,

v.

Lakewood Municipal Court,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 05 2016**

JEFFREY P. COLWELL
CLERK

---

**COMPLAINT**

Lakewood municipal court asserts that it does not have to honor or comply with state Legislated statutes. further, Lakewood municipal court claims it makes its own laws and Rules and can do so. Lakewood municipal court claims its not bound by and does not need to enforce state statutes. Lakewood municipal court creates law contrary to state legistlated statutes and enforces its own set of rules and laws and refuses to honor state legislated statutes. Plaintiff is challenging this practice on the grounds that this is unconstitutional and violates the Constitution for the state of Colorado and is illegal.

(Rev. 07/06)

**PARTIES**

1. Plaintiff _Vicki Mangum_ is a citizen of _the State of Colorado_
who presently resides at the following address:
_8577 Colorado Spring Road, Blanca, Colorado 81123_

2. Defendant _Lakewood Municipal Court_ is a citizen of _City of Lakewood, state_
_of Colorado_
who live(s) at or is/are located at the following address:
_445 S. Allison Pkwy, Lakewood, Colorado 80226_

3. Defendant _____ is a citizen of _____
who live(s) at or is/are located at the following address:
_____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
_28 USC 1331_

5. Briefly state the background of your case:

The traffic case is completed and finalized. This case does not ask the federal court to intervene in the specific case itself. This case is to settle a constitutional issue of whether or not a municipal court is bound by state statutes. Lakewood Municipal court refuses to honor and enforce state statutes and offered Plaintiff the opportunity to challenge their claim that they are an independent agency with exclusive power to only enforce the City of Lakewood's Rules and Statutes, and are not under the jurisdiction of the State Legislature. Plaintiff disagrees and is challenging this practice under the federal question as unconstitutional and illegal.

(Rev. 07/06)

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. Plaintiff seeks declaratory relief stating that municipal courts inside the state of Colorado are indeed governed by the Constitution for the State of Colorado which grants the elected legislators voice for the people through state legislated statutes.

2. Plaintiff seeks declaratory relief that municipal courts are bound by state legislated statutes and cannot create nor enforce statutes or local laws that contradict state legislated statutes.

3. Plaintiff seeks declaratory relief that courts through the separation of powers clause of the state constitution cannot create law nor enforce laws that does not comply with the state legislated statutes.

4. Plaintiff seeks declaratory relief that through the separation of powers, they are enforcers of state legislated statutes as written and voted upon by the state legislature.

(Rev. 07/06)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Plaintiff seeks declaratory relief that municipal and state county and district courts are all bound by the separation of powers as outlined in the constitution to be enforcers only of state legislated statutes and cannot create rules or laws contrary to those legislated by the legislature at the state level. Municipal and state courts cannot expand nor enlarge the written established statutes by the state legislature.

Date: 3/31/16

_____
Vicki Mangum
(Plaintiff's Original Signature)

8577 Colorado Springs Road
(Street Address)

Blanca, Colorado 81123
(City, State, ZIP)

719-496-7661
(Telephone Number)

(Rev. 07/06)                    6